**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Javier Raul Vazquez MATOS,
Defendant-Appellant.**

**No. 17-12489
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 24, 2018)

Colin P. McDonell, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Maria Guzman, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Javier Raul Vazquez Matos, Pro Se

Before MARCUS, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Javier Vazquez Matos in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vazquez Matos's conviction and sentence are **AFFIRMED**.